# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | | |
|---|---|---|
| JOHN C. VANCE | ) | PLAINTIFF |
| | ) | |
| V. | ) | C/A NO.: 1:13-CV-00219-SA-DAS |
| | ) | |
| WEYERHAEUSER NR COMPANY | ) | DEFENDANT |
| | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The above parties having appeared by and through their respective counsel and having announced that this case should be dismissed with prejudice, it is hereby ORDERED that this cause be, and the same hereby is, dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

SO ORDERED on this the 24th day of October, 2014.

      /s/ Sharion Aycock
      UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

 /s/ Ron L. Woodruff
RON L. WOODRUFF, ESQ.
*Attorney for Plaintiff*


 /s/ Martin J. Regimbal
MARTIN J. REGIMBAL, ESQ.
*Attorney for Defendant*